# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

FILED
John E. Triplett, Acting Clerk
United States District Court

By mgarcia at 9:46 am, Oct 14, 2020

| | |
|---|---|
| CALVIN SMITH, | * |
| Plaintiff, | *   CIVIL ACTION NO.: 2:20-cv-55 |
| v. | * |
| BRUNSWICK JUDICIAL CIRCUIT, et al., | * |
| Defendants. | * |

## ORDER

This matter is before the Court on Plaintiff's Objections to the July 28, 2020 Report and Recommendation of the Magistrate Judge. Dkt. No. 9. In his Objections, Plaintiff states this cause of action should not have been filed as a separate cause of action. Instead, his "Complaint" in this case should have been filed as an amendment in Civil Action Number 2:20-cv-54. Id. at p. 1.

Indeed, the Court's review of Plaintiff's "Complaint" and his Objections to the Magistrate Judge's Report and Recommendation indicates Plaintiff intended his "Complaint" to be filed as an amendment in Case Number 2:20-cv-54. Thus, the Court **REJECTS** the Report and Recommendation as moot. However, the Court nevertheless **DISMISSES without prejudice** Plaintiff's "Complaint" in this case and **DIRECTS** the Clerk of Court to **CLOSE**

this case. The Court also **DIRECTS** the Clerk of Court to file the "Complaint" in this cause of action as an amendment to Plaintiff's Complaint in Case Number 2:20-cv-54.

    **SO ORDERED**, this \_\_13\_\_ day of \_\_October\_\_, 2020.

                                HON. LISA GODBEY WOOD, JUDGE
                                UNITED STATES DISTRICT COURT
                                SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)