AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FILED
John E. Triplett, Acting Clerk
United States District Court

By mgarcia at 4:36 pm, Oct 14, 2020

CALVIN SMITH

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 2:20-cv-55

BRUNSWICK JUDICIAL CIRCUIT, et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court dated October 14, 2020, the Magistrate Judge's Report and Recommendation is REJECTED as moot, and Plaintiff's Complaint is DISMISSED without prejudice. This civil action stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE

Date: October 14, 2020

John E. Triplett, Acting Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/1/03